Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-447-474

**Effective Date of Registration:**
February 13, 2025
**Registration Decision Date:**
June 03, 2025

---

## Title
_____

**Title of Work:** Missguided

## Completion/Publication
_____

**Year of Completion:** 2016
**Date of 1st Publication:** February 01, 2016
**Nation of 1st Publication:** United Kingdom

## Author
_____

- **Author:** Katherine Elizabeth Kingston
  **Pseudonym:** Bones, Kate
  **Author Created:** photograph
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant
_____

**Copyright Claimant:** Katherine Elizabeth Kingston
Flat 19 West Block, Peabody Buildings, Brodlove Lane, London, E1W 3EA, United Kingdom

## Rights and Permissions
_____

**Name:** Katherine Elizabeth Kingston
**Email:** hello@katebones.com
**Address:** Flat 19 West Block, Peabody Buildings
Brodlove Lane
London E1W 3EA United Kingdom

## Certification
_____



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-447-783

**Effective Date of Registration:**
February 13, 2025
**Registration Decision Date:**
June 05, 2025

---

## Title
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

       **Title of Work:** Missguided II

## Completion/Publication
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

       **Year of Completion:** 2016
    **Date of 1st Publication:** November 01, 2016
  **Nation of 1st Publication:** United Kingdom

## Author
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

-       **Author:** Katherine Elizabeth Kingston
        **Pseudonym:** Bones, Kate
    **Author Created:** photograph
         **Citizen of:** United Kingdom
     **Domiciled in:** United Kingdom

## Copyright Claimant
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

  **Copyright Claimant:** Katherine Elizabeth Kingston
Flat 19 West Block, Peabody Buildings, Brodlove Lane, London, E1W 3EA, United Kingdom

## Rights and Permissions
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

          **Name:** Katherine Elizabeth Kingston
         **Email:** hello@katebones.com
     **Address:** Flat 19 West Block, Peabody Buildings
Brodlove Lane
London E1W 3EA United Kingdom

## Certification
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

