**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KATHERINE ELIZABETH KINGSTON,

    Plaintiff,                                                  Case No.: 1:25-cv-15595

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | Huang art |
| 2 | CCPcanvas |
| 3 | Taotao art |
| 4 | XIAOYEyishuhaibao |
| 5 | LAJGYayj |
| 6 | wen66 |
| 7 | qxfnsmyxgs |
| 8 | xinruolingshangmaoyouxiangongsi |
| 9 | jian UDHEBEGXBGDV |
| 10 | HXL aesthetics |
| 11 | zhangxiangxiang2024 |
| 12 | huangcaixia shop |
| 13 | liuxuefanstore |
| 14 | NHwuzart |
| 15 | wangchenhao2023 |
| 16 | inxiaoge |
| 17 | zhouweijie554 |
| 18 | FanGuoLin STORE |
| 19 | wangzhibinshop |
| 20 | YILANXING |
| 21 | dengxiquanquan |
| 22 | chaoxingrenmaoyi |
| 23 | jishanxianjinglingmaoyiyouxiangongsi |

| 24 | yeconghuahua |
|---|---|
| 25 | YE RUJIE |
| 26 | zaiyiyouxiangongsi |
| 27 | Qimini Art Aesthetics |
| 28 | MAE7WFXK8U |
| 29 | hefeinanfanwangluokejiyouxiangongsi |
| 30 | ZhouKouYuZeJianSheGongChengYouXianGongSi |
| 31 | qiuqiuposter2233 |
| 32 | Zhouyj shop |
| 33 | tanzhenhai2024 |
| 34 | kemingxia |
| 35 | 仙游县榜头镇伟标工艺品店 |
| 36 | jiangxianpeng |
| 37 | xueyuzhenmao |
| 38 | PerftHat |
| 39 | GraceHome-US |
| 40 | Trend Poster |
| 41 | Xianzuo Canvas Poster Shop |
| 42 | Vintage Portrait Poster |
| 43 | Add color to the interior |
| 44 | poster heaven |
| 45 | irwinsshop |
| 46 | Apocalypse poster |
| 47 | Self Esteem Poster |
| 48 | Atr dealer Poster |
| 49 | CoolPosters |
| 50 | EAYAN |
| 51 | Burst of Art |
| 52 | CXHNOG |
| 53 | Roney |
| 54 | TinTop local |
| 55 | TrendTroveaaAA |
| 56 | boy Home Art |
| 57 | Threadify |
| 58 | Purlora |
| 59 | DIYwear |
| 60 | Oil Painting Housez |

| 61 | Sunday poster |
|---|---|
| 62 | Return of Fireflies |
| 63 | Artful Decor Vision |
| 64 | YY Oil Painting Posters |
| 65 | Happinessism Poster |
| 66 | Wall Painting Art |
| 67 | Ning ge art poster |
| 68 | wen high muse |
| 69 | Canvas Classics |
| 70 | Renaissance Rewind |
| 71 | Artful Livin Wall Wonders Aesthetic Haven |
| 72 | Canvas Classic Art |
| 73 | BY Canvas Art |
| 74 | VividWall poster |
| 75 | KW CREATIVE DESIGN |
| 76 | Farchat |
| 77 | Wondelful Canvas Art |
| 78 | Pear Wall Art |
| 79 | Change Our Space Decoration Poster |
| 80 | SR ART |
| 81 | FARFRE ART |
| 82 | RS ART PAINTING |
| 83 | YS art poster |
| 84 | chen happy muse |
| 85 | Rich Wall art |
| 86 | smile wall art |
| 87 | Pink Sunday poster |
| 88 | Vivid Verse |
| 89 | Colorful Brush Adventure |
| 90 | PVividVerse |
| 91 | Canvas Aura |
| 92 | Little Red Poster |
| 93 | BJHG Mall |
| 94 | MuralMystique |
| 95 | BLISS Art |
| 96 | Imaginarium Artworks |
| 97 | Wj abstract Art |
| 98 | Eterna Art |

| | |
|---|---|
| 99 | rong poster |
| 100 | Artful Palette |
| 101 | YSLG POSTER |
| 102 | Black Monday |
| 103 | Bear poster art |
| 104 | Sam Art Painting |
| 105 | JYZ ART |
| 106 | wenheart |
| 107 | A poster that brings good luck |
| 108 | Puff poster art |
| 109 | Lenin |
| 110 | Dragonfly Canvas Art |
| 111 | LIN LIN Wall art |
| 112 | Florets Wall Art |
| 113 | ArtAura |
| 114 | chen muse |
| 115 | S Art Poster |
| 116 | Ingrid poster |
| 117 | Xiao Hang Art Poster |
| 118 | Tay le Art |
| 119 | Skeleton Decoration Poster |
| 120 | AB poster |
| 121 | Wan Poster |
| 122 | CHENPoster |
| 123 | PTJAX |
| 124 | YM Art BTA |
| 125 | VintageVoyageC |
| 126 | Top selling oil painting |
| 127 | Inspired wall art painting |
| 128 | Super Literature |
| 129 | Change Our Space Decor |
| 130 | Ruize Art Poster |
| 131 | canvas painting Guinnes blm |
| 132 | Canvas Painting Wall Decor |
| 133 | ZJRRMTone |
| 134 | K Color Pencil Artwork |
| 135 | J mins Home Decoration Paintings |
| 136 | C Grateful Decorative painting |

| | |
|---|---|
| 137 | Fly Word TIN |
| 138 | Snail Drawing Poster |
| 139 | Qinglong Art Poster s |
| 140 | Seven Colored Flower Art |
| 141 | Black Rose Art poster |
| 142 | Black Tuesday Poster |
| 143 | PixelBloom Art Poster |
| 144 | K Distant decorative painting |
| 145 | Bexgo |
| 146 | LIYI FASHION SHOP |
| 147 | fangfang ART |
| 148 | Print framed |
| 149 | HL Canvas Painting Shop |
| 150 | Fun Supply Wall Art |
| 151 | XQ Canvas Painting Shop |
| 152 | Chenqiu Canvas Painting Shop |
| 153 | KGG Canvas Painting Shop |
| 154 | RX Canvas Painting Shop |
| 155 | Fun Chian Wall Art |
| 156 | Fourbuty |
| 157 | One Decoration Painting |
| 158 | Luxe Fine Art |
| 159 | Dragon Wall Art |
| 160 | WJJ Canvas Painting Shop |
| 161 | Qiuling Canvas Painting Shop |
| 162 | XXT Canvas Painting Shop |
| 163 | YCC Canvas Painting Shop |
| 164 | Zting Wall Art |
| 165 | DDliLi |
| 166 | JLin Poster |
| 167 | Canvas Crafts |
| 168 | Luxe Art Poster |
| 169 | CNB ART |
| 170 | Star Art Poster |